IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.O. SMITH CORPORATION, et al., | ) |
| Plaintiffs, | ) NO. 3:12-0429 |
| | ) JUDGE HAYNES |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 18th day of May, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge