IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A. O. SMITH CORPORATION, | ) |
| GAYLORD ENTERTAINMENT COMPANY, | ) |
| OPRYLAND HOTEL NASHVILLE, LLC, | ) |
| GRAND OLE OPRY, LLC, | ) |
| GAYLORD PROGRAM SERVICES, INC., | ) |
| OPRYLAND ATTRACTIONS, LLC, | ) |
| WILDHORSE SALOON ENTERTAINMENT VENTURES, INC., | ) |
| OLH, G.P., and | ) |
| GAYLORD HOTELS, INC., | ) |
| Plaintiffs, | ) No. 3:12-cv-0429 |
| | ) Judge Campbell |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

==ORDER: Motion granted. The Initial Case Mgt Conference is reset to August 3, 2012, at 11:00 a.m.==

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

## JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs and Defendant, by and through counsel, hereby jointly move the Court to continue the initial case management conference scheduled for Monday, June 25, 2012 at 10:00 a.m. In support thereof, the parties state that they have discussed this matter and agree that an initial case management conference is premature at this time. Counsel for the parties would be available on Friday, August 3, 2012 for the initial case management conference.

WHEREFORE, the parties respectfully request that the initial case management conference scheduled for Monday, June 25, 2012 be continued to Friday, August 3, 2012.