UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| A.O. SMITH CORP., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 3:12-0429 |
| | ) | CHIEF JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the United States' Motion for Leave to File Reply Brief:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Exhibit A to the United States' Motion for Leave to File Reply Brief is deemed filed.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge