IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A. O. SMITH CORP., et al., | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:12-0429 |
| | ) JUDGE CAMPBELL/KNOWLES |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant's "Motion for Extension of Time to Respond to Complaint." Docket No. 15. Defendant has filed a supporting Memorandum. Docket No. 16. Plaintiff has filed a Response in Opposition to the Motion (Docket No. 17), and, with leave of Court (Docket Nos. 18, 19), Defendant has filed a Reply to the Response (Docket No. 20).

The parties shall be prepared to discuss the Motion at the Initial Case Management Conference which is set for August 3, 2012, at 11:00 a.m.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge