UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.O. SMITH CORP., et al., ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION NO. 3:12-00429 |
| ) | JUDGE CAMPBELL |
| v. ) | MAGISTRATE JUDGE BRYANT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the United States' Unopposed Motion for Extension of Page Limit for its Brief in Support of its Motion to Dismiss the Complaint:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the United States' brief in support of its motion to dismiss Plaintiffs' Complaint shall not exceed eighty (80) pages.

_____
TODD J. CAMPBELL
United States District Judge