IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A.O. SMITH CORPORATION, et al. | ) ) ) |
| v. | ) NO. 3:12-0429 ) JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) ) |

ORDER

In light of the recent Order (Docket No. 54) in the related case of *Continental Insurance Company v. United States*, Case No. 3-12-cv-0433, Plaintiffs' Response to the pending Motion to Dismiss (Docket No. 28) shall be filed by December 17, 2012. Any Reply shall be filed by January 16, 2013. The Court will hear argument on Defendant's Motion on February 13, 2013, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE