UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| A.O. SMITH CORP., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 3:12-00429 |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE BRYANT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ''''''''ORDER

Upon consideration of the United States' Motion for Extension of Time and Page Limit for its Reply Brief in Support of its Motion to Dismiss the Complaint:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the United States shall have until January 25, 2013, to file its reply brief in support of its motion to dismiss;

**IT IS FURTHER ORDERED** that the United States' reply brief in support of its motion to dismiss shall not exceed forty (40) pages.

_____
TODD J. CAMPBELL
United States District Judge