UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

A.O. Smith Corporation, et al.

                              Plaintiff,

v.                                         Case No.: 3:12−cv−00429
                                         District Judge Todd J. Campbell

United States of America

                              Defendant.

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/28/2013.

                                                                         Keith Throckmorton, Clerk
                                                                         s/ Ann Frantz, Deputy Clerk