IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| A. O. SMITH CORPORATION, ) | |
| GAYLORD ENTERTAINMENT COMPANY, ) | |
| OPRYLAND HOTEL NASHVILLE, LLC, ) | |
| GRAND OLE OPRY, LLC, ) | |
| GAYLORD PROGRAM SERVICES, INC., ) | |
| OPRYLAND ATTRACTIONS, LLC, ) | |
| WILDHORSE SALOON ENTERTAINMENT ) | |
|     VENTURES, INC., ) | |
| OLH, G.P., and ) | |
| GAYLORD HOTELS, INC., ) | Case No. 3:12-cv-00429 |
| ) | JUDGE CAMPBELL |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF APPEAL

NOTICE is hereby given, pursuant to Rule 3 of the Federal Rules of Appellate Procedure,

of the appeal by Plaintiffs A. O. Smith Corporation, Gaylord Entertainment Company, Opryland

Hotel Nashville, LLC, Grand Old Opry, LLC, Gaylord Program Services, Inc., Opryland

Attractions, LLC, Wildhorse Saloon Entertainment Ventures, Inc., OLH, G.P., and Gaylord

Hotels, Inc., to the United States Court of Appeals for the Sixth Circuit from the order (Doc. No.

42), accompanying memorandum (Doc. No. 41), and entry of judgment (Doc. No. 43) granting

Defendant's motion to dismiss entered in this action on the 28th day of February, 2013.

Respectfully submitted,

By: */s/ Patricia Head Moskal*

Robert S. Patterson (BPR #6189)
bpatterson@babc.com
Patricia Head Moskal (BPR #11621)
pmoskal@babc.com
Edmund S. Sauer (BPR #29966)
esauer@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
Telephone: (615) 252-2335

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served via the Court's electronic filing system on this the 26th day of April, 2013 on the following:

Christopher C. Sabis
christopher.sabis@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
Suite A-961, 110 9th Avenue, South
Nashville, TN 37203-3870

Stephen E. Handler
stephen.handler@usdoj.gov
Philip D. MacWilliams
phil.macwilliams@usdoj.gov
U.S. Department of Justice
Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

*/s/ Patricia Head Moskal*

*Attorney for Plaintiffs*

2