## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 17, 2013

Mr. Keith Bruce Dalen
Ms. Alisa B. Klein
Ms. Patricia Head Moskal

Re: Case No. 13-5578/13-5599, *A.O. Smith Corporation, et al v. USA / Continental Insurance Company et al v. USA*
Originating Case No. : 3:12-cv-00429 / 3:12-cv-00433

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc: Ms. Lauren Elizabeth Komsa
    Mr. Robert S. Patterson
    Mr. Edmund Scott Sauer
    Mr. Mark B. Stern
    Mr. Keith Throckmorton

Enclosure

Case No. 13-5578/13-5599

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

| | |
|---|---|
| A.O. SMITH CORPORATION, et al | (13-5578) |
| CONTINENTAL INSURANCE COMPANY, et al | (13-5599) |

      Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA

      Defendant - Appellee

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above. The appellants shall file a separate brief for their respective cases and the appellee shall file one consolidated brief. It is further ordered that the motion to extend time to file the briefs is **GRANTED,** and a new briefing schedule will issue contemporaneously with this order. In view of the already extended schedule, further requests for extensions of time will not be granted absent extraordinary circumstances.

                                                          **ENTERED PURSUANT TO RULE 45(a),**
                                                         **RULES OF THE SIXTH CIRCUIT**
                                                         Deborah S. Hunt, Clerk

Issued: June 17, 2013